Randy E. ABRAHAM, Petitioner,

v.

Talbert TURNER, Breathitt County Jailer, Respondent.

Supreme Court of Kentucky.

Oct. 24, 1977.

Charles W. Curry, Shuffett, Kenton, Curry & Karem, Lexington, for petitioner.

Robert F. Stephens, Atty. Gen., Frankfort, for respondent.

OPINION AND ORDER

PALMORE, Chief Justice.

It is considered that an original action for habeas corpus is not appropriately addressed to this court, for which reason the petition in this case is denied.

All concur.